AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

KEVIN LAMONT HERRIN

Case Number:     3:10-00186
USM Number:     20324-075

Michael E. Holley
Defendant's Attorney

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s) __One (1) and Two (2)__ of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Defendant shall not possess a firearm, ammunition, destructive device or any other dangerous weapon | 8/15/13 |
| 2 | Defendant shall not commit another federal, state, or local crime | 8/22/13 |

     The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __7697__

Defendant's Year of Birth: __1990__

City and State of Defendant's Residence:

Murfreesboro, Tennessee

November 25, 2013
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

November 25, 2013
Date

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __eight (8) months__

A period of Supervised Release is imposed from date of release to June 21, 2015. The same conditions of Supervised Release imposed in the Judgment entered on January 31, 2011 (Docket No. 50) apply.

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

  ____ at _____ p.m. on _____

  ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ____ before 2 p.m. on _____

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal